**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **184 East 64th Street Holding LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-3693516** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **c/o Aspen Management Group LLC**<br>**3140 East Tremont Ave**<br>**2nd Floor**<br>**Bronx, NY 10461** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **White Plains** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **184 East 64th Street Holding LLC**    Case number (*if known*) _____
       Name

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor    **Michael P. D'Alessio** _____    Relationship    **Manager**

District    **Southern District of New York** ___    When **4/17/18** ___    Case number, if known    **18-22552**

---

| Debtor | **184 East 64th Street Holding LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**   *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **184 East 64th Street Holding LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  7, 2018**
                MM / DD / YYYY

**X /s/ Michael P. D'Alessio**                          **Michael P. D'Alessio**
Signature of authorized representative of debtor          Printed name

Title    **Manager**

**18. Signature of attorney**

**X /s/ Sanford P. Rosen**                          Date    **June  7, 2018**
Signature of attorney for debtor                            MM / DD / YYYY

**Sanford P. Rosen (SR-4966)**
Printed name

**Rosen & Associates, P.C.**
Firm name

**747 Third Avenue**
**Floor 20**
**New York, NY 10017-2803**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 223-1100**        Email address    **srosen@rosenpc.com**

**(SR-4966) NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **184 East 64th Street Holding LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  7, 2018**      X **/s/ Michael P. D'Alessio**
                                              Signature of individual signing on behalf of debtor

                                              **Michael P. D'Alessio**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **184 East 64th Street Holding LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                 12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

　　1a. **Real property:**
　　　　Copy line 88 from *Schedule A/B*...........................................................    $ _____ **0.00**

　　1b. **Total personal property:**
　　　　Copy line 91A from *Schedule A/B*.........................................................    $ _____ **0.00**

　　1c. **Total of all property:**
　　　　Copy line 92 from *Schedule A/B*...........................................................    $ _____ **0.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
　　Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

　　3a. **Total claim amounts of priority unsecured claims:**
　　　　Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____ **0.00**

　　3b. **Total amount of claims of nonpriority amount of unsecured claims:**
　　　　Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$ _____ **9,300,000.00**

4.   **Total liabilities** .................................................................................................
　　Lines 2 + 3a + 3b                                                                              $ _____ **9,300,000.00**

**Fill in this information to identify the case:**

Debtor name    **184 East 64th Street Holding LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **The Westchester Bank** | **Checking** | **5156** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $0.00 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **184 East 64th Street Holding LLC**                        Case number *(If known)* _____
          Name

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.**    **Mutual funds or publicly traded stocks not included in Part 1**
           Name of fund or stock:

**15.**    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
           Name of entity:                                    % of ownership

| | Name of entity | % of ownership | | Valuation method | Current value |
|---|---|---|---|---|---|
| 15.1. | Investment in 184 East 64th Street Associates LLC | 100 | % | N/A | $0.00 |

**16.**    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
           Describe:

**17.**    **Total of Part 4.**                                                                    $0.00
           Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **184 East 64th Street Holding LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

<table>
<tr><td>**Part 11:**</td><td>**All other assets**</td></tr>
</table>

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☑ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

| Debtor | **184 East 64th Street Holding LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

Official Form 206A/B

Schedule A/B Assets - Real and Personal Property

page 4

| Fill in this information to identify the case: |
|---|

Debtor name    **184 East 64th Street Holding LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **184 East 64th Street Holding LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | $93,000.00 |
| | **1516 Realty Group LLC**<br>**97-77 Queens Blvd, TWR 3**<br>**Rego Park, NY 11374** | |
| | Date(s) debt was incurred **5/9/15** | |
| | Last 4 digits of account number _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address | $186,000.00 |
| | **Adam Cohen**<br>**48 Everett Road**<br>**Demarest, NJ 07627** | |
| | Date(s) debt was incurred **4/30/15** | |
| | Last 4 digits of account number _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.3 | Nonpriority creditor's name and mailing address | $93,000.00 |
| | **Adam Fields**<br>**9769 Apricot Lane**<br>**Beverly Hills, CA 90210** | |
| | Date(s) debt was incurred **5/2/15** | |
| | Last 4 digits of account number _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.4 | Nonpriority creditor's name and mailing address | $93,000.00 |
| | **Alyse Lefton**<br>**181 East 73rd Street**<br>**New York, NY 10021** | |
| | Date(s) debt was incurred **4/30/15** | |
| | Last 4 digits of account number _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    23234                    Best Case Bankruptcy

| Debtor | **184 East 64th Street Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|

**Anita Gupta**
**2123 Williamsbridge Road**
**Bronx, NY 10461**

Date(s) debt was incurred **5/5/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|

**Anthony Bonomo Jr.**
**10 Walter Lane**
**Manhasset, NY 11030**

Date(s) debt was incurred **5/4/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$279,000.00** |
|---|---|---|---|

**Anthony Bonomo Sr.**
**10 Walter Lane**
**Manhasset, NY 11030**

Date(s) debt was incurred **5/4/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|

**Arlene Blatt**
**25 Sutton Place South**
**Apt 3N**
**New York, NY 10022**

Date(s) debt was incurred **4/30/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|

**Arnold Waldman**
**581 Leheigh Lane**
**Woodmere, NY 11598**

Date(s) debt was incurred **5/7/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|

**Barbara Fiederlein Trust,**
**David Fiederlein, Trustee**
**56 Majestic Ridge**
**Carmel, NY 10512**

Date(s) debt was incurred **5/5/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|

**Beverly Hazelkorn**
**92 Radcliff Ave**
**Port Washington, NY 11050**

Date(s) debt was incurred **4/30/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **184 East 64th Street Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$279,000.00** |
|---|---|---|---|

**BMG Consulting Group LLC**
**Attn: Bianca D'Alessio**
**340 East 51st St #3A**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __10/20/16__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93,000.00** |
|---|---|---|---|

**Bruce Azus**
**9 Bensin Drive**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __4/28/15__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93,000.00** |
|---|---|---|---|

**Carol Merkel**
**323 Polaris Street**
**Dauphin Island, AL 36528**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __4/29/15__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93,000.00** |
|---|---|---|---|

**Chantal Pick**
**866 Evergreen Drive**
**West Hempstead, NY 11552**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __5/5/15__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93,000.00** |
|---|---|---|---|

**Daniel Rifkin**
**P.O. Box 9338**
**Bardonia, NY 10954**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __5/5/15__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93,000.00** |
|---|---|---|---|

**David & Rita Levy**
**25 Wren Drive**
**Roslyn, NY 11576**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __5/5/15__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93,000.00** |
|---|---|---|---|

**David Tesser**
**1800 Merrick Road**
**Merrick, NY 11566**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __5/26/15__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **184 East 64th Street Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$186,000.00** |
|---|---|---|---|
| | **Diamond Enterprises LLC** | ☐ Contingent | |
| | **3677 East Tremont Ave** | ☐ Unliquidated | |
| | **Bronx, NY 10465** | ☑ Disputed | |
| | Date(s) debt was incurred  **4/23/15** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,860,000.00** |
|---|---|---|---|
| | **East 64th Street Realty Partne** | ☐ Contingent | |
| | **rs  Attn: Cornell Pace Inc** | ☐ Unliquidated | |
| | **542 Main St, 2nd Floor** | ☑ Disputed | |
| | **New Rochelle, NY 10801** | | |
| | Date(s) debt was incurred  **5/7/15** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|
| | **Fiederlein Family 2012 Gift Tr** | ☐ Contingent | |
| | **ust, B. Fiederlein Trustee** | ☐ Unliquidated | |
| | **56 Majestic Ridge** | ☑ Disputed | |
| | **Carmel, NY 10512** | | |
| | Date(s) debt was incurred  **5/5/15** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|
| | **Fiederlein Family LLC** | ☐ Contingent | |
| | **Attn: David Fiederlein** | ☐ Unliquidated | |
| | **56 Majestic** | ☑ Disputed | |
| | **Carmel, NY 10512** | | |
| | Date(s) debt was incurred  **5/5/15** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|
| | **Frima Edelstein** | ☐ Contingent | |
| | **2 Larch Lane** | ☐ Unliquidated | |
| | **Marlboro, NJ 07746** | ☑ Disputed | |
| | Date(s) debt was incurred  **5/7/15** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|
| | **Gamor Company LLC** | ☐ Contingent | |
| | **Attn: Jamie Heiberger** | ☐ Unliquidated | |
| | **589 Eight Ave, 10th FL** | ☑ Disputed | |
| | **New York, NY 10018** | | |
| | Date(s) debt was incurred  **5/7/15** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|
| | **Gerald Levy** | ☐ Contingent | |
| | **c/o Neil Levy** | ☐ Unliquidated | |
| | **36 Woodmont Rd** | ☑ Disputed | |
| | **Melville, NY 11747** | | |
| | Date(s) debt was incurred  **5/7/15** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor    **184 East 64th Street Holding LLC**
_____    Case number (if known) _____
Name

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|

**Gregory Calabro**
**22 Essex Road**
**Maplewood, NJ 07040**

Date(s) debt was incurred  **5/8/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|

**Jaclyn Bonomo**
**10 Walter Lane**
**Manhasset, NY 11030**

Date(s) debt was incurred  **5/4/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|

**Jason Griffith**
**66 Hillside Crescent**
**New Rochelle, NY 10804**

Date(s) debt was incurred  **4/25/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|

**John Cannon**
**15 Farmington Lane**
**Melville, NY 11747**

Date(s) debt was incurred  **4/30/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|

**John Ernenwein**
**51 Osborne Road**
**Garden City, NY 11530**

Date(s) debt was incurred  **5/4/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|

**Joseph Dinoia**
**15833 Double Eagle Trail**
**Delray Beach, FL 33446**

Date(s) debt was incurred  **5/5/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|

**Julianne Bonomo**
**10 Walter Lane**
**Manhasset, NY 11030**

Date(s) debt was incurred  **5/4/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **184 East 64th Street Holding LLC**                                    Case number *(if known)* _____
<u>Name</u>

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,000.00** |
|------|------|------|------|

**Lawrence Dolin**
**11 Sands Court**
**Port Washington, NY 11050**

Date(s) debt was incurred  <u>5/9/15</u>

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$279,000.00** |
|------|------|------|------|

**Lisa West**
**33 Gateway Drive**
**Great Neck, NY 11021**

Date(s) debt was incurred  <u>4/30/15</u>

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,000.00** |
|------|------|------|------|

**Marilyn Yukelson**
**12 Angler Lane**
**Port Washington, NY 11050**

Date(s) debt was incurred  <u>5/2/15</u>

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$279,000.00** |
|------|------|------|------|

**Mark Engel**
**1 Forest Drive**
**Port Washington, NY 11050**

Date(s) debt was incurred  <u>4/30/15</u>

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,000.00** |
|------|------|------|------|

**Matthew Engel**
**19 Soundview**
**Port Washington, NY 11050**

Date(s) debt was incurred  <u>5/8/15</u>

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$279,000.00** |
|------|------|------|------|

**Mautner-Glick Corp Profit Shar**
**ing Plan  c/o David Parks**
**1345 Third Ave**
**New York, NY 10021**

Date(s) debt was incurred  <u>5/6/15</u>

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,000.00** |
|------|------|------|------|

**Michael Kesselman**
**317 Chestnut Street**
**West Hempstead, NY 11552**

Date(s) debt was incurred  <u>5/5/15</u>

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | 184 East 64th Street Holding LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $279,000.00 |
|---|---|---|---|

**Michael P. D'Alessio**
12 Water Street
Suite 204
White Plains, NY 10601

Date(s) debt was incurred __6/1/16__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93,000.00 |
|---|---|---|---|

**Michael Rothschild**
c/o AJ Clarke Real Estate
1881 Broadway
New York, NY 10023

Date(s) debt was incurred __5/7/15__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93,000.00 |
|---|---|---|---|

**Nathan & Pearl Halegua**
c/o Jonis Realty
6 Grace Ave, 4th Fl
Great Neck, NY 11021

Date(s) debt was incurred __5/4/15__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93,000.00 |
|---|---|---|---|

**Pensco Trust Company**
FBO Howard Rosen
P.O. Box 173859
Denver, CO 80217

Date(s) debt was incurred __5/11/15__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93,000.00 |
|---|---|---|---|

**Philip Fiederlein**
4 North Lane
Mahopac, NY 10541

Date(s) debt was incurred __5/6/15__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $186,000.00 |
|---|---|---|---|

**Ram Gupta**
2123 Williamsbridge Road
Bronx, NY 10461

Date(s) debt was incurred __5/5/15__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $186,000.00 |
|---|---|---|---|

**Robert Rosenthal**
1 Jericho Plaza
Suite 201
Jericho, NY 11753

Date(s) debt was incurred __5/4/15__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **184 East 64th Street Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|

**Roger Schneier**
**8167 Valhalla Drive**
**Delray Beach, FL 33446**

Date(s) debt was incurred  __5/7/15__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$186,000.00** |
|---|---|---|---|

**Ronald Garfunkel**
**127 Church Hill Road**
**Washington Depot, CT 06794**

Date(s) debt was incurred  __5/8/15__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|

**Ross Epstein**
**925 Monroe Lane**
**Hewlett Neck, NY 11598**

Date(s) debt was incurred  __5/12/15__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$186,000.00** |
|---|---|---|---|

**S.T.V. Realty LLC**
**Attn: Jeff Farkas**
**P.O. Box 750443**
**Forest Hills, NY 11375**

Date(s) debt was incurred  __5/12/15__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|

**Saulyco LLC**
**Attn: Issac Stern**
**220 Surrey Road**
**Hillside, NJ 07205**

Date(s) debt was incurred  __4/29/15__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|

**Scott & Ella Chick**
**206 Adams Street**
**Unit B**
**Hoboken, NJ 07030**

Date(s) debt was incurred  __4/28/15__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|

**Scott Silberman**
**25 Ely Road**
**Holmdel, NJ 07733**

Date(s) debt was incurred  __5/8/15__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | 184 East 64th Street Holding LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$465,000.00** |
|---|---|---|---|

**Sierra Real Estate LLC**
**Attn: James Wacht**
**600 Madison Ave**
**New York, NY 10022**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  5/4/15

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,000.00** |
|---|---|---|---|

**Steven Engel**
**3817 Woodley Road NW**
**Washington, DC 20016**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  5/9/15

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,000.00** |
|---|---|---|---|

**Tina Jebaily - Post**
**152 Beach 139 Street**
**Belle Harbor, NY 11694**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  4/30/15

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,000.00** |
|---|---|---|---|

**Vivian Cardia**
**10402 Stonebridge Blvd**
**Boca Raton, FL 33498**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  5/7/15

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$186,000.00** |
|---|---|---|---|

**William Jebaily**
**81 Iron Mine Drive**
**Staten Island, NY 10304**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  4/30/15

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Howard Rosen**<br>**4 Horizon Road # 1006**<br>**Fort Lee, NJ 07024** | Line  3.43<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Klein Wealth Mgmt Hightower**<br>**445 Broad Hollow Rd**<br>**Suite 332**<br>**Melville, NY 11747** | Line  3.7<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **184 East 64th Street Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Klein Wealth Mgmt Hightower**<br>**445 Broad Hollow Rd**<br>**Suite 332**<br>**Melville, NY 11747** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Klein Wealth Mgmt Hightower**<br>**445 Broad Hollow Rd**<br>**Suite 332**<br>**Melville, NY 11747** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Schwartz Sladkus Reich Greenbe**<br>**rg & Atlas LLP**<br>**270 Madison Ave, 9th Fl**<br>**New York, NY 10016** | Line **3.38**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 9,300,000.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 9,300,000.00 |

**Fill in this information to identify the case:**

Debtor name    **184 East 64th Street Holding LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **184 East 64th Street Holding LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Michael P. D'Alessio** | **265 East 66th Street Apt 28F New York, NY 10065** | **1516 Realty Group LLC** | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |
| 2.2 **Michael P. D'Alessio** | **265 East 66th Street Apt 28F New York, NY 10065** | **Adam Cohen** | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |
| 2.3 **Michael P. D'Alessio** | **265 East 66th Street Apt 28F New York, NY 10065** | **Adam Fields** | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |
| 2.4 **Michael P. D'Alessio** | **265 East 66th Street Apt 28F New York, NY 10065** | **Alyse Lefton** | ☐ D _____ <br> ■ E/F __3.4__ <br> ☐ G _____ |

| Debtor | **184 East 64th Street Holding LLC** | Case number *(if known)* | |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |

| 2.5 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Anita Gupta | ☐ D ____<br>■ E/F  **3.5**<br>☐ G ____ |
| 2.6 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Anthony Bonomo Sr. | ☐ D ____<br>■ E/F  **3.7**<br>☐ G ____ |
| 2.7 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Anthony Bonomo Jr. | ☐ D ____<br>■ E/F  **3.6**<br>☐ G ____ |
| 2.8 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Arlene Blatt | ☐ D ____<br>■ E/F  **3.8**<br>☐ G ____ |
| 2.9 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Arnold Waldman | ☐ D ____<br>■ E/F  **3.9**<br>☐ G ____ |
| 2.10 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Barbara Fiederlein Trust, | ☐ D ____<br>■ E/F  **3.10**<br>☐ G ____ |
| 2.11 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Beverly Hazelkorn | ☐ D ____<br>■ E/F  **3.11**<br>☐ G ____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor      **184 East 64th Street Holding LLC**                                         Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.12 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | BMG Consulting Group LLC | ☐ D _____<br>■ E/F ___**3.12**___<br>☐ G _____ |
| 2.13 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Bruce Azus | ☐ D _____<br>■ E/F ___**3.13**___<br>☐ G _____ |
| 2.14 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Carol Merkel | ☐ D _____<br>■ E/F ___**3.14**___<br>☐ G _____ |
| 2.15 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Chantal Pick | ☐ D _____<br>■ E/F ___**3.15**___<br>☐ G _____ |
| 2.16 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Daniel Rifkin | ☐ D _____<br>■ E/F ___**3.16**___<br>☐ G _____ |
| 2.17 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | David & Rita Levy | ☐ D _____<br>■ E/F ___**3.17**___<br>☐ G _____ |
| 2.18 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | David Tesser | ☐ D _____<br>■ E/F ___**3.18**___<br>☐ G _____ |

| Debtor | **184 East 64th Street Holding LLC** | Case number *(if known)* | |
|---|---|---|---|

▉ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.19 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Diamond Enterprises LLC | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
| 2.20 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | East 64th Street Realty Partne | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.21 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Fiederlein Family 2012 Gift Tr | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |
| 2.22 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Fiederlein Family LLC | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ |
| 2.23 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Frima Edelstein | ☐ D _____<br>■ E/F ___3.23___<br>☐ G _____ |
| 2.24 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Gamor Company LLC | ☐ D _____<br>■ E/F ___3.24___<br>☐ G _____ |
| 2.25 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Gerald Levy | ☐ D _____<br>■ E/F ___3.25___<br>☐ G _____ |

| Debtor | **184 East 64th Street Holding LLC** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.26 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Gregory Calabro | ☐ D _____<br>■ E/F __3.26__<br>☐ G _____ |
| 2.27 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Jaclyn Bonomo | ☐ D _____<br>■ E/F __3.27__<br>☐ G _____ |
| 2.28 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Jason Griffith | ☐ D _____<br>■ E/F __3.28__<br>☐ G _____ |
| 2.29 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | John Cannon | ☐ D _____<br>■ E/F __3.29__<br>☐ G _____ |
| 2.30 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | John Ernenwein | ☐ D _____<br>■ E/F __3.30__<br>☐ G _____ |
| 2.31 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Joseph Dinoia | ☐ D _____<br>■ E/F __3.31__<br>☐ G _____ |
| 2.32 | Michael P. D'Alessio<br>265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Julianne Bonomo | ☐ D _____<br>■ E/F __3.32__<br>☐ G _____ |

| Debtor | **184 East 64th Street Holding LLC** | Case number *(if known)* | _____ |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 2.33 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Lawrence Dolin | ☐ D _____<br>■ E/F __3.33__<br>☐ G _____ |
| 2.34 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Lisa West | ☐ D _____<br>■ E/F __3.34__<br>☐ G _____ |
| 2.35 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Marilyn Yukelson | ☐ D _____<br>■ E/F __3.35__<br>☐ G _____ |
| 2.36 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Mark Engel | ☐ D _____<br>■ E/F __3.36__<br>☐ G _____ |
| 2.37 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Matthew Engel | ☐ D _____<br>■ E/F __3.37__<br>☐ G _____ |
| 2.38 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Mautner-Glick Corp Profit Shar | ☐ D _____<br>■ E/F __3.38__<br>☐ G _____ |
| 2.39 | Michael P. D'Alessio | 265 East 66th Street<br>Apt 28F<br>New York, NY 10065 | Michael P. D'Alessio | ☐ D _____<br>■ E/F __3.40__<br>☐ G _____ |

| Debtor | **184 East 64th Street Holding LLC** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.40 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Michael Kesselman | ☐ D _____ ■ E/F __3.39__ ☐ G _____ |
| 2.41 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Michael Rothschild | ☐ D _____ ■ E/F __3.41__ ☐ G _____ |
| 2.42 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Nathan & Pearl Halegua | ☐ D _____ ■ E/F __3.42__ ☐ G _____ |
| 2.43 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Pensco Trust Company | ☐ D _____ ■ E/F __3.43__ ☐ G _____ |
| 2.44 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Philip Fiederlein | ☐ D _____ ■ E/F __3.44__ ☐ G _____ |
| 2.45 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Ram Gupta | ☐ D _____ ■ E/F __3.45__ ☐ G _____ |
| 2.46 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Robert Rosenthal | ☐ D _____ ■ E/F __3.46__ ☐ G _____ |

Debtor      **184 East 64th Street Holding LLC**                          Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

2.47  **Michael P. D'Alessio**  **265 East 66th Street Apt 28F New York, NY 10065**  **Roger Schneier**

- ☐ D _____
- ■ E/F __3.47__
- ☐ G _____

2.48  **Michael P. D'Alessio**  **265 East 66th Street Apt 28F New York, NY 10065**  **Ronald Garfunkel**

- ☐ D _____
- ■ E/F __3.48__
- ☐ G _____

2.49  **Michael P. D'Alessio**  **265 East 66th Street Apt 28F New York, NY 10065**  **Ross Epstein**

- ☐ D _____
- ■ E/F __3.49__
- ☐ G _____

2.50  **Michael P. D'Alessio**  **265 East 66th Street Apt 28F New York, NY 10065**  **S.T.V. Realty LLC**

- ☐ D _____
- ■ E/F __3.50__
- ☐ G _____

2.51  **Michael P. D'Alessio**  **265 East 66th Street Apt 28F New York, NY 10065**  **Saulyco LLC**

- ☐ D _____
- ■ E/F __3.51__
- ☐ G _____

2.52  **Michael P. D'Alessio**  **265 East 66th Street Apt 28F New York, NY 10065**  **Scott & Ella Chick**

- ☐ D _____
- ■ E/F __3.52__
- ☐ G _____

2.53  **Michael P. D'Alessio**  **265 East 66th Street Apt 28F New York, NY 10065**  **Scott Silberman**

- ☐ D _____
- ■ E/F __3.53__
- ☐ G _____

| Debtor | **184 East 64th Street Holding LLC** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.54 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Sierra Real Estate LLC | ☐ D _____ ■ E/F ___3.54___ ☐ G _____ |
| 2.55 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Steven Engel | ☐ D _____ ■ E/F ___3.55___ ☐ G _____ |
| 2.56 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Tina Jebaily - Post | ☐ D _____ ■ E/F ___3.56___ ☐ G _____ |
| 2.57 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | Vivian Cardia | ☐ D _____ ■ E/F ___3.57___ ☐ G _____ |
| 2.58 | Michael P. D'Alessio | 265 East 66th Street Apt 28F New York, NY 10065 | William Jebaily | ☐ D _____ ■ E/F ___3.58___ ☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **184 East 64th Street Holding LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **Unknown** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | **For prior year:** From **1/01/2017** to **12/31/2017** | **Guaranty Payment** | **Unknown** |
   | **For year before that:** From **1/01/2016** to **12/31/2016** | **Guaranty Payment** | **$1,742,917.00** |

**List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership

Debtor    **184 East 64th Street Holding LLC**    Case number *(if known)*

debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.  Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **East 64th Street Realty Partners LLC vs. 184 East 64th Street Holding LLC, Bluestone 184 LLC, Michael Paul D'Alessio, Michael Paul Enterprises LLC & 184 East 64th Associates LLC 53547/2018** | | **Supreme Court  NY, County of Westchester** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **The Mautner-Glick Profit Corp. Sharins Plans, Individually and Deivatively on Behalf of 184 East 64th Street Holding LLC and 227 East 67th Holding LLC vs. Michael Paul D'Alessio, Michael Paul Enterprises LLC, 184 East 64th Street Holding LLC, 184 East 64th Street Associates LLC, Bluestone 184 LLC, 227 East 67th Street Holding LLC & 227 East 67th Street Associates LLC 651184/2018** | | **Supreme Court NY, County NY** | ■ Pending ☐ On appeal ☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

Debtor    **184 East 64th Street Holding LLC** _____  Case number *(if known)* _____

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

□ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Rosen & Associates P.C.**<br>**747 Third Avenue**<br>**New York, NY 10017** | | **5/14/18** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Michael Paul Enterprises LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    **184 East 64th Street Holding LLC**    Case number *(if known)*

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **12 Water Street Suite 204 White Plains, NY 10601** | **4/2015 - 4/2018** |

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **184 East 64th Street Holding LLC**    Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **184 East 64th Street Holding LLC**                                        Case number *(if known)*

---

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **184 East 64th Street Associates LLC c/o Aspen Mgmt 3140 East Tremont Ave, 2nd Fl Bronx, NY 10461** | **Real Estate** | EIN:    47-3709163<br><br>From-To |

---

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Anthony Capeci CPA 1160 East Jericho Tpke Suite 217 Huntington, NY 11743** | **2015 - Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

---

Debtor    **184 East 64th Street Holding LLC**                                     Case number *(if known)*_____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael P. D'Alessio | 12 Water Street Suite 204 White Plains, NY 10601 | Manager | 1.5 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **1516 Realty Group LLC** **97-77 Queens Blvd, TWR 3** **Rego Park, NY 11374** | **7460.37** | **5/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.2. | **Adam Cohen** **48 Everett Road** **Demarest, NJ 07627** | **14920.77** | **5-1-17-10-1-17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.3. | **Adam Fields** **9769 Apricot Lane** **Beverly Hills, CA 90210** | **7,460.37** | **5-1-17 - 10-1-17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.4. | **Alyse Lefton** **181 East 73rd Street** **New York, NY 10021** | **7,460.37** | **5/1/17 - 10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.5. | **Anita Gupta** **2123 Williamsbridge Road** **Bronx, NY 10461** | **7,460.37** | **5/1/17 - 10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |

Debtor    **184 East 64th Street Holding LLC**                           Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.6. | **Anthony Bonomo Sr.**<br>**10 Walter Lane**<br>**Manhasset, NY 11030**<br><br>**Relationship to debtor**<br>**Member** | **22,381.14** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| 30.7. | **Anthony Bonomo Jr.**<br>**10 Walter Lane**<br>**Manhasset, NY 11030**<br><br>**Relationship to debtor**<br>**Member** | **7,460.37** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| 30.8. | **Arlene Blatt**<br>**25 Sutton Place South**<br>**Apt 3N**<br>**New York, NY 10022**<br><br>**Relationship to debtor**<br>**Member** | **7,460.37** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| 30.9. | **Arnold Waldman**<br>**581 Leheigh Lane**<br>**Woodmere, NY 11598**<br><br>**Relationship to debtor**<br>**Member** | **7,460.37** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| 30.10. | **Barbara Fiederlein Trust,**<br>**David Fiederlein, Trustee**<br>**56 Majestic Ridge**<br>**Carmel, NY 10512**<br><br>**Relationship to debtor**<br>**Member** | **7,460.37** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| 30.11. | **Beverly Hazelkorn**<br>**92 Radcliff Ave**<br>**Port Washington, NY 11050**<br><br>**Relationship to debtor**<br>**Member** | **5/1/17 - 10/1/17** | **7,460.37** | **Guaranteed**<br>**Payments** |
| 30.12. | **Bluestone 184 LLC**<br>**c/o Aspen Management**<br>**Group**<br>**3140 E. Tremont Ave, 2nd FL**<br>**Bronx, NY 10461**<br><br>**Relationship to debtor**<br>**Member** | **231,673.00** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **184 East 64th Street Holding LLC**                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 3. | **BMG Consulting Group LLC**<br>**Attn: Bianca D'Alessio**<br>**340 East 51st St #3A**<br>**New York, NY 10022**<br><br>**Relationship to debtor**<br>**Member** | **22,381.14** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| 30.1 4. | **Bruce Azus**<br>**9 Bensin Drive**<br>**Melville, NY 11747**<br><br>**Relationship to debtor**<br>**Member** | **7,460.37** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| 30.1 5. | **Carol Merkel**<br>**323 Polaris Street**<br>**Dauphin Island, AL 36528**<br><br>**Relationship to debtor**<br>**Member** | **7,460.37** | **5/1/17 to**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| 30.1 6. | **Chantal Pick**<br>**866 Evergreen Drive**<br>**West Hempstead, NY 11552**<br><br>**Relationship to debtor**<br>**Member** | **7,460.37** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| 30.1 7. | **Daniel Rifkin**<br>**P.O. Box 9338**<br>**Bardonia, NY 10954**<br><br>**Relationship to debtor**<br>**Member** | **7,460.37** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| 30.1 8. | **David & Rita Levy**<br>**25 Wren Drive**<br>**Roslyn, NY 11576**<br><br>**Relationship to debtor**<br>**Member** | **7,460.37** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| 30.1 9. | **David Tesser**<br>**1800 Merrick Road**<br>**Merrick, NY 11566**<br><br>**Relationship to debtor**<br>**Member** | **7,460.37** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| 30.2 0. | **Diamond Enterprises LLC**<br>**3677 East Tremont Ave**<br>**Bronx, NY 10465**<br><br>**Relationship to debtor**<br>**Member** | **14,920.77** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |

Debtor  __184 East 64th Street Holding LLC__                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2 1. | **East 64th Street Realty Partners**  **Attn: Cornell Pace Inc** **542 Main St, 2nd Floor** **New Rochelle, NY 10801** | **149,207.67** | **5/1/17 - 10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.2 2. | **Fiederlein Family 2012 Gift Trust, B. Fiederlein Trustee** **56 Majestic Ridge** **Carmel, NY 10512** | **7,460.37** | **5/1/17 - 10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.2 3. | **Fiederlein Family LLC** **Attn: David Fiederlein** **56 Majestic** **Carmel, NY 10512** | **7,460.37** | **5/1/17 - 10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.2 4. | **Frima Edelstein** **2 Larch Lane** **Marlboro, NJ 07746** | **7,460.37** | **5/1/17 - 10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.2 5. | **Gamor Company LLC** **Attn: Jamie Heiberger** **589 Eight Ave, 10th FL** **New York, NY 10018** | **7,460.37** | **5/1/17 - 10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.2 6. | **Gerald Levy** **c/o Neil Levy** **36 Woodmont Rd** **Melville, NY 11747** | **7,460.37** | **5/1/17 - 10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.2 7. | **Gregory Calabro** **22 Essex Road** **Maplewood, NJ 07040** | **7,460.37** | **5/1/17 - 10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |

Debtor    **184 East 64th Street Holding LLC**    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.28. | **Jaclyn Bonomo**<br>**10 Walter Lane**<br>**Manhasset, NY 11030** | **7,460.37** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.29. | **Jason Griffith**<br>**66 Hillside Crescent**<br>**New Rochelle, NY 10804** | **7,460.37** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.30. | **John Cannon**<br>**15 Farmington Lane**<br>**Melville, NY 11747** | **7,460.37** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.31. | **John Ernenwein**<br>**51 Osborne Road**<br>**Garden City, NY 11530** | **7,460.37** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.32. | **Joseph Dinoia**<br>**15833 Double Eagle Trail**<br>**Delray Beach, FL 33446** | **7,460.37** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.33. | **Julianne Bonomo**<br>**10 Walter Lane**<br>**Manhasset, NY 11030** | **7,460.37** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.34. | **Lawrence Dolin**<br>**11 Sands Court**<br>**Port Washington, NY 11050** | **7,460.37** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.35. | **Lisa West**<br>**33 Gateway Drive**<br>**Great Neck, NY 11021** | **22,381.14** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| | Relationship to debtor<br>**Member** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor      **184 East 64th Street Holding LLC**                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.36. | **Marilyn Yukelson**<br>**12 Angler Lane**<br>**Port Washington, NY 11050** | **7,460.37** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.37. | **Mark Engel**<br>**1 Forest Drive**<br>**Port Washington, NY 11050** | **22,381.14** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.38. | **Matthew Engel**<br>**19 Soundview**<br>**Port Washington, NY 11050** | **7,460.37** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.39. | **Mautner-Glick Corp Profit Shar**<br>**ing Plan  c/o David Parks**<br>**1345 Third Ave**<br>**New York, NY 10021** | **22,381.14** | **5/1/17 -10/1/17** | **Guaranteed**<br>**Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.40. | **Michael Kesselman**<br>**317 Chestnut Street**<br>**West Hempstead, NY 11552** | **7,460.37** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.41. | **Michael P. D'Alessio**<br>**265 East 66th Street**<br>**Apt 28F**<br>**New York, NY 10065** | **27,884.70** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| | Relationship to debtor<br>**Member** | | | |
| 30.42. | **Michael Rothschild**<br>**c/o AJ Clarke Real Estate**<br>**1881 Broadway**<br>**New York, NY 10023** | **7,460.37** | **5/1/17 -**<br>**10/1/17** | **Guaranteed**<br>**Payments** |
| | Relationship to debtor<br>**Member** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    __184 East 64th Street Holding LLC_____    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4 3. | **Nathan & Pearl Halegua** c/o Jonis Realty 6 Grace Ave, 4th Fl Great Neck, NY 11021 | 7,460.37 | 5/1/17 -10/1/17 | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.4 4. | **Pensco Trust Company** FBO Howard Rosen P.O. Box 173859 Denver, CO 80217 | 7,460.37 | 5/1/17 - 10/1/17 | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.4 5. | **Philip Fiederlein** 4 North Lane Mahopac, NY 10541 | 7,460.37 | 5/1/17 - 10/1/17 | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.4 6. | **Ram Gupta** 2123 Williamsbridge Road Bronx, NY 10461 | 14,920.77 | 5/1/17 - 10/1/17 | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.4 7. | **Robert Rosenthal** 1 Jericho Plaza Suite 201 Jericho, NY 11753 | 14,920.77 | 5/1/17 - 10/1/17 | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.4 8. | **Roger Schneier** 8167 Valhalla Drive Delray Beach, FL 33446 | 7,460.37 | 5/1/17-10/1/17 | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |
| 30.4 9. | **Ronald Garfunkel** 127 Church Hill Road Washington Depot, CT 06794 | 14,920.77 | 5/1/17-10/1/17 | **Guaranteed Payments** |
| | **Relationship to debtor** **Member** | | | |

Debtor    __184 East 64th Street Holding LLC_____    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.50. | **Ross Epstein**<br>**925 Monroe Lane**<br>**Hewlett Neck, NY 11598** | **7,460.37** | **5/1/17 - 10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.51. | **S.T.V. Realty LLC**<br>**Attn: Jeff Farkas**<br>**P.O. Box 750443**<br>**Forest Hills, NY 11375** | **14,920.77** | **5/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.52. | **Saulyco LLC**<br>**Attn: Issac Stern**<br>**220 Surrey Road**<br>**Hillside, NJ 07205** | **7,460.37** | **5/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.53. | **Scott & Ella Chick**<br>**206 Adams Street**<br>**Unit B**<br>**Hoboken, NJ 07030** | **7,460.37** | **5/1/17-10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.54. | **Scott Silberman**<br>**25 Ely Road**<br>**Holmdel, NJ 07733** | **7,460.37** | **5/1/17 - 10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.55. | **Sierra Real Estate LLC**<br>**Attn: James Wacht**<br>**600 Madison Ave**<br>**New York, NY 10022** | **37,301.91** | **5/1/17 - 10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.56. | **Steven Engel**<br>**3817 Woodley Road NW**<br>**Washington, DC 20016** | **7,460.37** | **5/1/17 - 10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor**<br>**Member** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **184 East 64th Street Holding LLC**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5 7. | **Tina Jebaily - Post 152 Beach 139 Street Belle Harbor, NY 11694** | **7,460.37** | **5/1/17 - 10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor Member** | | | |
| 30.5 8. | **Vivian Cardia 10402 Stonebridge Blvd Boca Raton, FL 33498** | **7,460.37** | **5/1/17 - 10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor Member** | | | |
| 30.5 9. | **William Jebaily 81 Iron Mine Drive Staten Island, NY 10304** | **14,920.77** | **5/1/17 - 10/1/17** | **Guaranteed Payments** |
| | **Relationship to debtor Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  7, 2018**

**/s/ Michael P. D'Alessio**                                    **Michael P. D'Alessio**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re **184 East 64th Street Holding LLC**                                          Case No. _____

Debtor(s)                                                Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

☐ Debtor     ■ Other (specify):     **Michael Paul Enterprises LLC**

3.  The source of compensation to be paid to me is:

☐ Debtor     ■ Other (specify):     **N/A**

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**N/A**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June  7, 2018**                                          **/s/ Sanford P. Rosen**
Date                                                              **Sanford P. Rosen (SR-4966)**
                                                                   *Signature of Attorney*
                                                                   **Rosen & Associates, P.C.**
                                                                   **747 Third Avenue**
                                                                   **Floor 20**
                                                                   **New York, NY 10017-2803**
                                                                   **(212) 223-1100  Fax: (212) 223-1102**
                                                                   **srosen@rosenpc.com**
                                                                   *Name of law firm*

---

# United States Bankruptcy Court
## Southern District of New York

In re    __184 East 64th Street Holding LLC_____    Case No. _____

_____    Chapter    __7_____
Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    __June 7, 2018_____    /s/ Michael P. D'Alessio_____

**Michael P. D'Alessio/Manager**
Signer/Title

.

1516 REALTY GROUP LLC
97-77 QUEENS BLVD, TWR 3
REGO PARK, NY 11374


ADAM COHEN
48 EVERETT ROAD
DEMAREST, NJ 07627


ADAM FIELDS
9769 APRICOT LANE
BEVERLY HILLS, CA 90210


ALYSE LEFTON
181 EAST 73RD STREET
NEW YORK, NY 10021


ANITA GUPTA
2123 WILLIAMSBRIDGE ROAD
BRONX, NY 10461


ANTHONY BONOMO JR.
10 WALTER LANE
MANHASSET, NY 11030


ANTHONY BONOMO SR.
10 WALTER LANE
MANHASSET, NY 11030


ARLENE BLATT
25 SUTTON PLACE SOUTH
APT 3N
NEW YORK, NY 10022


ARNOLD WALDMAN
581 LEHEIGH LANE
WOODMERE, NY 11598


BARBARA FIEDERLEIN TRUST,
DAVID FIEDERLEIN, TRUSTEE
56 MAJESTIC RIDGE
CARMEL, NY 10512


BEVERLY HAZELKORN
92 RADCLIFF AVE
PORT WASHINGTON, NY 11050

BMG CONSULTING GROUP LLC
ATTN: BIANCA D'ALESSIO
340 EAST 51ST ST #3A
NEW YORK, NY 10022


BRUCE AZUS
9 BENSIN DRIVE
MELVILLE, NY 11747


CAROL MERKEL
323 POLARIS STREET
DAUPHIN ISLAND, AL 36528


CHANTAL PICK
866 EVERGREEN DRIVE
WEST HEMPSTEAD, NY 11552


DANIEL RIFKIN
P.O. BOX 9338
BARDONIA, NY 10954


DAVID & RITA LEVY
25 WREN DRIVE
ROSLYN, NY 11576


DAVID TESSER
1800 MERRICK ROAD
MERRICK, NY 11566


DIAMOND ENTERPRISES LLC
3677 EAST TREMONT AVE
BRONX, NY 10465


EAST 64TH STREET REALTY PARTNE
RS  ATTN: CORNELL PACE INC
542 MAIN ST, 2ND FLOOR
NEW ROCHELLE, NY 10801


FIEDERLEIN FAMILY 2012 GIFT TR
UST, B. FIEDERLEIN TRUSTEE
56 MAJESTIC RIDGE
CARMEL, NY 10512

FIEDERLEIN FAMILY LLC
ATTN: DAVID FIEDERLEIN
56 MAJESTIC
CARMEL, NY 10512


FRIMA EDELSTEIN
2 LARCH LANE
MARLBORO, NJ 07746


GAMOR COMPANY LLC
ATTN: JAMIE HEIBERGER
589 EIGHT AVE, 10TH FL
NEW YORK, NY 10018


GERALD LEVY
C/O NEIL LEVY
36 WOODMONT RD
MELVILLE, NY 11747


GREGORY CALABRO
22 ESSEX ROAD
MAPLEWOOD, NJ 07040


HOWARD ROSEN
4 HORIZON ROAD # 1006
FORT LEE, NJ 07024


JACLYN BONOMO
10 WALTER LANE
MANHASSET, NY 11030


JASON GRIFFITH
66 HILLSIDE CRESCENT
NEW ROCHELLE, NY 10804


JOHN CANNON
15 FARMINGTON LANE
MELVILLE, NY 11747


JOHN ERNENWEIN
51 OSBORNE ROAD
GARDEN CITY, NY 11530

JOSEPH DINOIA
15833 DOUBLE EAGLE TRAIL
DELRAY BEACH, FL 33446


JULIANNE BONOMO
10 WALTER LANE
MANHASSET, NY 11030


KLEIN WEALTH MGMT HIGHTOWER
445 BROAD HOLLOW RD
SUITE 332
MELVILLE, NY 11747


LAWRENCE DOLIN
11 SANDS COURT
PORT WASHINGTON, NY 11050


LISA WEST
33 GATEWAY DRIVE
GREAT NECK, NY 11021


MARILYN YUKELSON
12 ANGLER LANE
PORT WASHINGTON, NY 11050


MARK ENGEL
1 FOREST DRIVE
PORT WASHINGTON, NY 11050


MATTHEW ENGEL
19 SOUNDVIEW
PORT WASHINGTON, NY 11050


MAUTNER-GLICK CORP PROFIT SHAR
ING PLAN  C/O DAVID PARKS
1345 THIRD AVE
NEW YORK, NY 10021


MICHAEL KESSELMAN
317 CHESTNUT STREET
WEST HEMPSTEAD, NY 11552

MICHAEL P. D'ALESSIO
12 WATER STREET
SUITE 204
WHITE PLAINS, NY 10601


MICHAEL P. D'ALESSIO
265 EAST 66TH STREET
APT 28F
NEW YORK, NY 10065


MICHAEL ROTHSCHILD
C/O AJ CLARKE REAL ESTATE
1881 BROADWAY
NEW YORK, NY 10023


NATHAN & PEARL HALEGUA
C/O JONIS REALTY
6 GRACE AVE, 4TH FL
GREAT NECK, NY 11021


PENSCO TRUST COMPANY
FBO HOWARD ROSEN
P.O. BOX 173859
DENVER, CO 80217


PHILIP FIEDERLEIN
4 NORTH LANE
MAHOPAC, NY 10541


RAM GUPTA
2123 WILLIAMSBRIDGE ROAD
BRONX, NY 10461


ROBERT ROSENTHAL
1 JERICHO PLAZA
SUITE 201
JERICHO, NY 11753


ROGER SCHNEIER
8167 VALHALLA DRIVE
DELRAY BEACH, FL 33446


RONALD GARFUNKEL
127 CHURCH HILL ROAD
WASHINGTON DEPOT, CT 06794

ROSENFELD & KAPLAN LLP
1180 AVE OF THE AMERICAS
SUITE 1920
NEW YORK, NY 10036


ROSS EPSTEIN
925 MONROE LANE
HEWLETT NECK, NY 11598


S.T.V. REALTY LLC
ATTN: JEFF FARKAS
P.O. BOX 750443
FOREST HILLS, NY 11375


SAULYCO LLC
ATTN: ISSAC STERN
220 SURREY ROAD
HILLSIDE, NJ 07205


SCHWARTZ SLADKUS REICH GREENBE
RG & ATLAS LLP
270 MADISON AVE, 9TH FL
NEW YORK, NY 10016


SCOTT & ELLA CHICK
206 ADAMS STREET
UNIT B
HOBOKEN, NJ 07030


SCOTT SILBERMAN
25 ELY ROAD
HOLMDEL, NJ 07733


SIERRA REAL ESTATE LLC
ATTN: JAMES WACHT
600 MADISON AVE
NEW YORK, NY 10022


STEVEN ENGEL
3817 WOODLEY ROAD NW
WASHINGTON, DC 20016


TINA JEBAILY - POST
152 BEACH 139 STREET
BELLE HARBOR, NY 11694

VIVIAN CARDIA
10402 STONEBRIDGE BLVD
BOCA RATON, FL 33498


WILLIAM JEBAILY
81 IRON MINE DRIVE
STATEN ISLAND, NY 10304

# United States Bankruptcy Court
## Southern District of New York

In re    184 East 64th Street Holding LLC

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **184 East 64th Street Holding LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June  7, 2018

Date

/s/ Sanford P. Rosen

**Sanford P. Rosen (SR-4966)**

Signature of Attorney or Litigant

Counsel for    **184 East 64th Street Holding LLC**

**Rosen & Associates, P.C.**

**747 Third Avenue**
**Floor 20**
**New York, NY 10017-2803**
**(212) 223-1100 Fax:(212) 223-1102**
**srosen@rosenpc.com**